UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN LLOYD HOUSTON,<br><br>Plaintiff,<br><br>v.<br><br>RIO CONSUMNES CORRECTIONAL FACILITY, et al.,<br><br>Defendants. | No. 2:15-cv-2055 WBS KJN P<br><br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 12, 2017 the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 12, 2017, are adopted in full;

2. Plaintiff's motion to amend (ECF No. 59) is granted with respect to the claims against defendant Sacramento County that are consistent with those addressed in the pending summary judgment motion; plaintiff's motion to amend is denied in all other respects; and

3. Defendant's motion for summary judgment (ECF No. 52) is granted.

Dated: December 19, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/hous2055.805